UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAROLD TILLIS WHIGHAM,

    Plaintiff,

v.                                                         CASE NO. 6:06-cv-1474-19KRS

STATE OF FLORIDA, et al.,

    Defendants.

**ORDER**

This case is before the Court on the notarized statement dated June 24, 2007, and signed by Shirley Whigham (Doc. No. 17, filed June 26, 2007).

Plaintiff, Harold T. Whigham, initiated this action by filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 1). On February 26, 2007, this Court entered an Order dismissing the case with prejudice (Doc. No. 12), and Judgment was entered the following day (Doc. No. 14). According to the docket sheet, the Order and Judgment were not mailed to Plaintiff until April 9, 2007. *See* unnumbered docket entry dated April 9, 2007. Plaintiff then filed a notice of appeal on April 23, 2007, which he executed on April 19, 2007 (Doc. No. 15). The Eleventh Circuit Court of Appeals subsequently dismissed the appeal as untimely. *See* Doc. No. 16, filed June 8, 2007.

Mrs. Whigham indicates that she is Plaintiff's wife and that he was not made aware of the dismissal of this case until April 13, 2007. Mrs. Whigham is not a party to this case and has no authority to file any document in this case on behalf of Plaintiff. Therefore, the document (Doc. No. 17) shall be **STRICKEN**. *The Clerk of the Court is directed to remove the document from the*

*record and return it to Mrs. Whigham. If the Clerk of the Court has no address for Mrs. Whigham, then the document shall be returned to Plaintiff.*

      **DONE AND ORDERED** at Orlando, Florida this   30th   day of June, 2007.

                                                     PATRICIA C. FAWSETT, CHIEF JUDGE
                                                     UNITED STATES DISTRICT COURT

Copies to:
sa 6/29
Harold Tillis Whigham
Eleventh Circuit Court of Appeals