UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HAROLD TILLIS WHIGHAM,

    Plaintiff,

v.                                            CASE NO. 6:6:06-cv-1474-Orl-19KRS

STATE OF FLORIDA, et al.,

    Defendants.

## ORDER

Pursuant to the remand of the Eleventh Circuit Court of Appeals, the Court entered an Order on August 27, 2007, (Doc. No. 20) requiring Plaintiff to submit evidence addressing the three conditions set forth in Federal Rule of Civil Procedure 4(a)(6) regarding reopening the time to file a notice of appeal.

Plaintiff has filed a sworn statement setting forth the facts surrounding his notification of the entry of judgment and the ensuing filing of his notice of appeal. *See* Doc. No. 21. According to Plaintiff, he did not receive notice of the entry of judgment until April 13, 2007, when he received his copy of the judgment from this Court. He then placed his notice of appeal in the prison mail system on April 19, 2007, six days after he received notice. Plaintiff further asserts that no party will suffer any prejudice.

As noted in the earlier Order, Rule 4(a)(6) permits the time for filing a notice of appeal to be reopened if three conditions are satisfied: (1) the moving party did not receive notice of the entry of the judgment or order within 21 days after entry; (2) the motion is

filed within 180 days after entry of the judgment or order or within 7 days after the moving party receives notice of the entry, whichever is earlier; and (3) no party is prejudiced. Fed.R.App.P. 4(a)(6). Plaintiff's sworn statement provides adequate evidence to fulfill all three condition.

Accordingly, this Court finds that Plaintiff has satisfied the requirements of Rule 4(a)(6) and reopening of the time to file an appeal is warranted.[1] *The Clerk of the Court is directed to return the record, as supplemented, to the Eleventh Circuit Court of Appeals.*

**DONE AND ORDERED** at Orlando, Florida, this _19th_ day of September, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 9/19
Counsel of Record
Harold T. Whigham
Eleventh Circuit Court of Appeals

---

[1] Normally, this Court would give Plaintiff fourteen days to file a notice of appeal, as contemplated by Rule 4(a)(6). However, given the appellate court's instructions on remand and the fact that an appeal has already been filed, the filing of another notice of appeal would be redundant.

2